THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION 2:09-CV-734-ID |
| ) | [WO] |
| ) | |
| SHERIFF DENNIS MEEKS, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On September 9, 2009, the Magistrate Judge filed a Recommendation (Doc. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to properly prosecute this action.

An appropriate judgment will be entered.

Done this 28th day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE